Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**TERESA HICKS**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HICKS, an individual, | Case No.: 5:22-cv-00153-RGK-KS |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** |
| THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA LLC, California limited liability company; and DOES 1-10, | |
| Defendants. | [Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between the Plaintiff Teresa Hicks on the one hand, and Defendant The Pep Boys Manny Moe & Jack of California LLC, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant The Pep Boys Manny Moe

& Jack of California LLC, from Plaintiff's Complaint, Case Number 5:22-cv-00153-RGK-KS. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiff requests that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: April 25, 2022        **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorneys for Plaintiff, Teresa Hicks

Dated: April 25, 2022        **KABAT CHAPMAN & OZMER LLP**

By: /s/ Paul A. Grammatico
    Paul A. Grammatico, Esq.
    Attorneys for Defendant, The Pep Boys Manny Moe & Jack of California LLC

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff Teresa Hicks

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS